CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
APR 19 2007
in C'ville
JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| GRETA ANDERSON,<br>                        *Plaintiff,*<br><br>v.<br><br>AMERICAN AIRLINES, INC.,<br>                        *Defendant* | CIVIL No. 3:07mc00008<br><br>ORDER and OPINION<br><br>JUDGE NORMAN K. MOON |

This matter is before the Court on a Motion to Quash Subpoena in a Civil Case, filed by Dr. Robert S. Brown, Sr. ("Brown") on April 11, 2007 (docket entry no. 1). The parties are hereby ORDERED to comply with the following briefing schedule:

(1) Plaintiff shall have until May 4, 2007, to file a brief regarding this motion if she so chooses and

(2) Brown shall thereafter have until May 11, 2007, to file a brief in response to Plaintiff's brief if he so chooses.

Should the parties not comply with this schedule, the Court will deem the motion ripe for decision.

It is so ORDERED.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record:

(a) Kerri Borchardt Taylor and Charles Y. Sipe
Goodman, Allen & Filetti
1020 Ednam Center
Suite 200
Charlottesville, VA 22903

(b) Gregory Redmond
    430 Railroad Ave.
    Pittsburg, CA 94565-2208

(c) Kenneth O'Brien
    Littler Mendelson
    2520 Venture Oaks Way
    Suite 390
    Sacramento, CA 95833-4227

ENTERED: *[signature]*
United States District Judge

Date *April 19, 2007*

- 2 -

Case 3:07-mc-00008-NKM-BWC   Document 2   Filed 04/19/07   Page 2 of 2   Pageid#: 8